UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   VERONICA FAYE GRAY                                CASE NO.: 01-10263


         DEBTOR                                            CHAPTER 7


APPLICATION TO DEPOSIT UNCLAIMED FUNDS

NOW COMES Samera L. Abide, trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $1,411.40 representing dividends held for the following parties, whose names are listed on Exhibit 1 which is attached to this motion.

*s/Samera L. Abide*
Samera L. Abide, Bar No. 2288
Trustee
17732 Highland Road, Suite G PMB107
Baton Rouge, LA  70810-3813
Telephone:  (225) 923-1404


Certificate of Service

I hereby certify that the Application to Deposit Unclaimed Funds have been served on the United States Trustee, Texaco Center, Suite 2110, 400 Poydras Street, New Orleans, LA 70130, by placing a copy of same in the United States mail, first class, postage prepaid and properly addressed on this day.

Date: 09/12/07

*s/Samera L. Abide*
Samera L. Abide

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 01-10263 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | GRAY, VERONICA FAYE AND GRAY, VERONICA F. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 137281450 | | Checking Acct #: | 7152010263 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/15/2001 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 9/5/2007 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2007 | | Transfer From: MM # 8152010263 | Transfer to Close Account | 9999-000 | $5,676.41 | | $5,676.41 |
| 05/30/2007 | 2001 | Samera L. Abide | Trustee Expenses | 2200-000 | | $183.71 | $5,492.70 |
| 05/30/2007 | 2002 | Samera L. Abide | Trustee Compensation | 2100-000 | | $1,464.15 | $4,028.55 |
| 05/30/2007 | 2003 | Brent Michael Steier | Claim #: 1; Amount Claimed: 4,304.77; Amount Allowed: 4,304.77; Dividend: 9.38; | 7100-000 | | $532.79 | $3,495.76 |
| 05/30/2007 | 2004 | Citicorp Vendor Finance, Inc. F/K/A | Claim #: 4; Amount Claimed: 5,873.90; Amount Allowed: 5,873.90; Dividend: 12.80; | 7100-000 | | $726.99 | $2,768.77 |
| 05/30/2007 | 2005 | Providian National Bank f/k/a First Dep Nat Bank | Final Account Number: 1094; Claim #: 5; Amount Claimed: 2,655.57; Amount Allowed: 2,655.57; Dividend: 5.79; Account Number: 1094; | 7100-000 | | $328.67 | $2,440.10 |
| 05/30/2007 | 2006 | Capital One Bank | Final Account Number: 32311; Claim #: 6; Amount Claimed: 935.49; Amount Allowed: 935.49; Dividend: 2.03; Account Number: 32311; | 7100-000 | | $115.78 | $2,324.32 |
| 05/30/2007 | 2007 | National Express Credit | Final Account Number: 48996; Claim #: 10; Amount Claimed: 5,789.64; Amount Allowed: 5,789.64; Dividend: 12.62; Account Number: 48996; | 7100-000 | | $716.57 | $1,607.75 |
| 05/30/2007 | 2008 | Cross Country Bank | Final Account Number: 9984; Claim #: 11; Amount Claimed: 2,958.44; Amount Allowed: 2,958.44; Dividend: 6.45; Account Number: 9984; | 7100-000 | | $366.16 | $1,241.59 |
| 05/30/2007 | 2009 | Louisiana State FCU | Claim #: 12; Amount Claimed: 10,031.68; Amount Allowed: 10,031.68; Dividend: 21.87; | 7100-000 | | $1,241.59 | $0.00 |
| 09/05/2007 | 2005 | STOP PAYMENT: Providian National Bank f/k/a First Dep Nat Bank | Stop Payment for Check# 2005. Check not cashed nor returned. | 7100-004 | | ($328.67) | $328.67 |
| 09/05/2007 | 2007 | VOID: National Express Credit | Check returned undeliverable | 7100-003 | | ($716.57) | $1,045.24 |
| 09/05/2007 | 2008 | VOID: Cross Country Bank | Check returned undeliverable | 7100-003 | | ($366.16) | $1,411.40 |
| | | | | **SUBTOTALS** | **$5,676.41** | **$4,265.01** | |